IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALLEN JENKINS,

    Petitioner,

v.                                                        Civil Action No. **3:13CV212**

SHERIFF OF CHESAPEAKE CITY JAIL,

    Respondent.

**MEMORANDUM OPINION**

By Memorandum Order entered on May 9, 2013, the Court conditionally docketed Plaintiff's civil action. On May 21, 2013, United States Postal Service returned the May 9, 2013 Memorandum Order to the Court marked, "RETURN TO SENDER," "ADDRESSEE NOT IN OUR FACILITY." (ECF No. 4.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 7-2-13
Richmond, Virginia

                                                      /s/
                                  James R. Spencer
                              United States District Judge